**Order entered December 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01329-CR

### PAUL HENRI WAGNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MA-1114870L**

## ORDER

Appellee's motion to file a supplemental brief filed December 9, 2014 is hereby **GRANTED**. Appellee's supplemental brief tendered to this Court on December 9 is deemed filed as of the date of this order.

/s/     DAVID EVANS
           JUSTICE